UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME: John & Robin Price          CASE NO 14-11954

FOR:
- __X__ DEBTOR
- __X__ JOINT DEBTOR
- _____ CREDITOR
- _____ ATTORNEY (Please include Bar ID Number _____)
- _____ PLAINTIFF
- _____ DEFENDANT

NEW ADDRESS:

NAME: John & Robin Price

ADDRESS: 20914 NE 140th Ct. Woodinville, WA 98077

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Dallas W. Jolley                    Date May 9, 2014

CHANGE OF ADDRESS
(rev.7/1/08)